UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:08CV63 TIA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court, <u>sua</u> <u>sponte</u>, upon review of the file.  The parties consented

to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

This cause is on appeal from an adverse ruling by the Social Security Administration.

Plaintiff is proceeding in this cause with the assistance of retained counsel.  Plaintiff's Complaint

was filed on May1, 2008.  (Docket No. 1).  On May 5, 2008, the Court entered a Case

Management Order setting out the briefing schedule to be followed in this cause in accordance

with Rule 9.02 of the Local Rules of this Court.[1]  (Docket No. 2).

Defendant Commissioner of Social Security timely filed his Answer to Plaintiff's

---

[1]Local Rule 9.02 provides:

[T]he Commissioner shall file any motion to dismiss, motion to remand, and/or
answer within sixty (60) days of service of the complaint. ...  The plaintiff shall,
unless otherwise ordered by the court, serve and file a brief in support of the
complaint within thirty (30) days after the Commissioner's service of an
answer and the administrative transcript.  The Commissioner shall serve and
file a brief in support of the answer within thirty (30) days after service of the
plaintiff's brief.  Plaintiff shall have ten (10) days after service of the Commissioner's
brief to file a reply brief.

Complaint on July 11, 2008. (Docket No. 5). As such, pursuant to Local Rule 9.02, Plaintiff's brief in support of her Complaint was to be filed not later than August 11, 2008. On August 28, 2008, Plaintiff was therefore ordered to "file her brief in support of her Complaint no later than October 1, 2008. Failure to timely respond to this Order may result in the dismissal of this cause for failure to prosecute and failure to comply with Orders of the Court." (Docket No. 8). A review of the Court file shows that, to date, Plaintiff has failed to file her brief in support of her Complaint or in any way respond to this Court's Order of August 28, 2008. In addition, Plaintiff has not filed a request for additional time or in any other way complied with the Local Rules or previous Orders of this Court. Accordingly,

**IT IS HEREBY ORDERED** that this cause is dismissed without prejudice for failure to prosecute; for failure to comply with this Court's Order of August 28, 2008; for failure to comply with this Court's Case Management Order of May 5, 2008; and for failure to comply with Local Rule 9.02 of this Court.

/s/Terry I. Adelman
UNITED STATES MAGISTRATE  JUDGE

Dated this 30th day of October, 2008.